UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:14-cr-23-CLC-SKL |
| v. ) | |
| ) | |
| LACHARLESTON HAGGARD ) | |

## O R D E R

At Defendant's initial appearance held on March 26, 2014, Defendant was advised of his right to a detention hearing. After consulting with his attorney, Defendant waived his right to a detention hearing with the understanding that a hearing will be granted at a later date on motion of defendant [Doc. 5]. On April 10, 2014 Defendant filed a motion stating that Defendant's state court bond had been reinstated and requested the Court conduct a bond hearing to determine if Defendant could be released on a bond [Doc. 12]. On April 11, 2014, after consulting with the U.S. Probation Office, counsel for Defendant advised he would make further inquiries and possibly withdraw his motion for bond hearing. The Government has filed no response to Defendant's motion for bond hearing. The Court has received no further response from any party to its inquiry for mutually acceptable dates on which to schedule a hearing on Defendant's motion for bond hearing and Defendant has filed no motion to withdraw his motion for bond hearing. Accordingly, the motion for bond hearing is hereby **DENIED AS MOOT** and Defendant may refile the motion if circumstances warrant.

SO ORDERED:

ENTER.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE